Gregory D. Miller
Sarah C. Mitchell
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000

Sanford H. Greenberg (to be admitted *pro hac vice*)
Carlton R. Asher, Jr. (to be admitted *pro hac vice*)
GREENBERG FREEMAN LLP
110 East 59th Street, 22nd Floor
New York, NY 10022
(212) 838-9738

*Attorneys for Defendant Sunrise Pharmaceutical, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VISION PHARMA, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>SUNRISE PHARMACEUTICAL, INC.,<br><br>        *Defendant*. | Civil Action No. 2:13-cv-04692 (CCC) (MF)<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**Oral Argument Requested** |

TO:    ALL COUNSEL

      **PLEASE TAKE NOTICE** that on November 18, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, a Professional Corporation, counsel for defendant Sunrise Pharmaceutical, Inc. ("Sunrise") will move this Court before the Honorable Claire C. Cecchi, United States District Judge, District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut

Street, Newark, New Jersey, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(b)(7), for an Order dismissing the Complaint of plaintiff Vision Pharma, LLC, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Sunrise will rely upon the Memorandum of Law and Declaration of Utpal Patel submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is also submitted herewith for the Court's consideration.

Oral argument is requested.

Dated: October 15, 2013       *s/ Gregory D. Miller*
Gregory D. Miller
Sarah C. Mitchell
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000

Sanford H. Greenberg (to be admitted *pro hac vice*)
Carlton R. Asher, Jr. (to be admitted *pro hac vice*)
GREENBERG FREEMAN LLP
110 East 59th Street, 22nd Floor
New York, NY 10022
(212) 838-9738

*Attorneys for Defendant*
*Sunrise Pharmaceutical, Inc.*

W0431778

2