**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| CHAMBERS OF | U.S. COURTHOUSE |
|---|---|
| **JAMES B. CLARK, III** | 2 FEDERAL SQUARE, ROOM 369 |
| **UNITED STATES MAGISTRATE JUDGE** | NEWARK, NJ 07101 |

June 18, 2014

### LETTER ORDER

Re:   <u>Vision Pharma, LLC v. Sunrise Pharmaceutical, Inc.</u>
      Civil Action No. 13-4692 (CCC)

Dear Counsel:

As discussed during the in-person settlement conference conducted in this matter yesterday, Plaintiff will provide any and all documentation to Defendant that supports its claims for cost of merchandise, destruction of inventory and other hard/quantifiable damages no later than **July 31, 2014**. The Court will conduct a conference call with the parties' representatives on **Monday, September 15, 2014 at 10:00 A.M.**  Counsel for Defendant is directed to initiate the call.   The purpose of the call shall be to discuss whether an additional settlement conference would be advisable.

   **IT IS SO ORDERED.**


              s/ James B. Clark, III
              **JAMES B. CLARK, III**
              **United States Magistrate Judge**