# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

September 16, 2014

### LETTER ORDER

Re:     **Vision Pharma, LLC v. Sunrise Pharmaceutical, Inc.**
        **Civil Action No. 13-4692 (CCC)**

Dear Counsel:

As discussed during the status telephone conference conducted in this matter yesterday, the parties have advised that Plaintiff has produced to Defendant all documentation that supports Plaintiff's claims for cost of merchandise, destruction of inventory and other hard/quantifiable damages.   The Court has been further advised, however, that Plaintiff produced these documents with an "attorney's eyes only" designation rather than in redacted form such that Defendant might review same.   Defendant claims that it is Plaintiff's obligation to produce these documents in redacted form. Accordingly, Defendant will provide the Court with a letter of no more than 5 pages explaining this position no later than **September 26, 2014**. Plaintiff will respond with a letter adhering to the same page limitation by **October 8, 2014**.   Upon review, the Court will contact the parties to schedule a conference or hearing if same is necessary.

**IT IS SO ORDERED.**

          s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**