# LEASON ELLIS

One Barker Avenue, Fifth Floor
White Plains, New York 10601
t. 914.821.3075
f. 914.288.0023

Cameron S. Reuber
Partner
Reuber@LeasonEllis.com

December 22, 2019

**VIA ECF**

The Honorable James B. Clark, III
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE:  *Vision Pharma, LLC v. Sunrise Pharmaceutical, Inc.*
     Civil Action No. 2:13-cv-04692-CCC-JBC

Dear Judge Clark:

We are lead counsel for plaintiff Vision Pharma, LLC ("Vision") in the above-referenced civil action pending against Defendant Sunrise Pharmaceutical Inc. ("Sunrise"). We write with regard to the settlement conference with Your Honor calendared for January 8, 2020. *Dkt.* 133. Specifically, we write to request rescheduling of the conference to one of the following dates in February: 3rd, 4th (after 1 pm), 5th, 7th or 12th. The reason for this request stems from the undersigned recently developing a conflict that will prevent his attendance at the conference. This is the first request to reschedule this conference and, if granted, it will not affect any other case deadlines ***but for*** the submission of *ex parte* settlement position papers in advance of the conference. We have conferred with counsel for Sunrise, who has no objection to this request and who has confirmed their availability for all of the above-proposed dates.

Wherefore, Vision respectfully requests that the settlement conference be rescheduled to a date in February 2020, with the submission of *ex parte* settlement position papers due five (5) days prior to the date of the rescheduled conference.

Respectfully submitted,

Cameron S. Reuber

cc:  Counsel of Record (via ECF)

*The settlement conference is adjourned to February 25, 2020 at 2:00 PM.

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 12/26/2019

{04839/608916-000 02379866.1}